UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEANNETTE RAMOS,

    Plaintiff,

v.

DELTA AIR LINES INC.,

    Defendant.

C20-10 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion to Continue Trial and Related Dates, docket no. 17, is GRANTED in part.

(2) The parties are DIRECTED to meet and confer and to file a Joint Status Report on or before **July 9, 2021**, proposing a new trial date in January 2022 and amended pretrial deadlines.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of June, 2021.

    William M. McCool
    Clerk

    s/Gail Glass
    Deputy Clerk

MINUTE ORDER - 1