UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEANNETTE RAMOS,

　　　　　　　　Plaintiff,

　　v.

DELTA AIR LINES INC.,

　　　　　　　　Defendant.

C20-10 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)　The parties' Joint Motion to Amend Case Scheduling Order, docket no. 45, is GRANTED. The trial date of May 23, 2022, and related dates and deadlines are STRICKEN and will be reset after the Court rules on Defendant's motion for summary judgment, docket no. 38.

(2)　After the Court rules on Defendant's motion for summary judgment, if necessary, the parties shall confer and within ten (10) days of the Court's ruling propose a new trial date. The proposed trial date shall be no earlier than ninety (90) days after the Court's ruling. All related dates and deadlines will be reset in accordance with the new trial date.

(3)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of March, 2022.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　s/Gail Glass
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1